UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **INTERNATIONAL-MATEX TANK TERMINALS, LLC** | * | **CIVIL ACTION NO.: 22-2013** |
| plaintiff, | * | **SECTION:** |
| versus | * | **JUDGE:** |
| **M/T SEA PUMA (IMO No. 9802167), Her Engines, Boilers, Tackle, Furniture, Apparel, Appurtenances, etc.,** *in rem*; and **MEDLEY INVESTMENT COMPANY** and **PATHEON TANKER MANAGEMENT,** *in personam*; defendants | * | **MAGISTRATE:** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **VERIFIED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, International-Matex Tank Terminals, L.L.C., which brings this *Verified Complaint* against M/T SEA PUMA, *in rem*, and Medley Investment Company and Pantheon Tanker Management, *in personam*, and alleges as follows:

### **Parties**

1.

Plaintiff, International-Matex Tank Terminals, L.L.C. ("IMTT"), is a limited liability company duly organized and existing under the laws of Delaware and registered to do and doing business in the State of Louisiana.

2.

*In rem* defendant, crude oil tanker M/T SEA PUMA, is 42 meter by 241 meter, 57,567 gross tonnage (deadweight tonnage of 106,500) vessel flagged under the nation of Liberia, bearing IMO number 9802176 and MMSI number 636015977.

3.

*In personam* defendant, Medley Investment Company, is the owner of the M/T SEA

PUMA,.and *in personam* defendant, Pantheon Tanker Mangement, is a corporation organized under the laws of Greece, and holding themselves out as doing business in the United States, though neither entity is registered to do business in Louisiana (collectively, "Medley Investment Company"). However, Medley Investment Company and Patheon Tanker Mangement are the owner and/or operator of vessels that regularly traffic up and down the Mississippi River, within the jurisdiction of this Court.

## Jurisdiction & Venue

4.

This is a case of admiralty and maritime jurisdiction and this Court has subject matter jurisdiction pursuant to Art. II, §2 of the U.S. Constitution and 28 U.S.C. § 1333. This action is a maritime tort claim, as contemplated by Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure.

5.

Venue is proper in this District in accordance with Rule C and 28 U.S.C. § 1391 and because the vessel and/or crew negligence sued upon occurred in this District and the Vessel is, or during the pendency of this Civil Action will be, situated upon the waters of this District.

## Facts & Claim

6.

On July 1, 2020, and at all relevant times, IMTT owned and operated a dock facility at mile marker 118.6 on the east bank of the lower Mississippi River in St. Rose, Louisiana ("the St. Rose Facility"). The facility was and is comprised of various moorings and docks, to facilitate loading and unloading operations by a variety of vessels.

7.

On July 1, 2020, and at all relevant times, Medley Investment Company was the owner and/or operator of the M/T SEA PUMA and Patheon Tanker Mangement was the ship

manager for the M/T SEA PUMA.

8.

On July 1, 2020, at approximately 07:55 local time, the SEA PUMA was moored at Dock 2 at the St. Rose Facility.

9.

At approximately 0755, a passing vessel (HB Golden Eagle) traveling upstream caused movement of the moored SEA PUMA at Dock 2. The SEA PUMA failed to properly maintain its mooring and shifted away from the dock. The mooring equipment at dolphin B3 was damaged during the incident.

10.

The baseplate that supports the upstream Quick Release Hook (QRH) equipment was deflected. The Quick Release Hook (QRH) and the associated structural members were damaged. The plate was raised approximately an inch and the QRH is no longer level. The baseplate was welded to a steel frame and the bolts from the QRH go through the plate as well as the below deck framing.

11.

The crew of the SEA PUMA failed to keep properly keep, attend, and maintain the vessel's mooring lines. Further, any movement by the vessel prior to this incident was a failure of the crew's duty to safely maintain the SEA PUMA and to not damage IMTT's dock and equipment. Moreover, defects in the SEA PUMA and/or its appurtenances, which prevented it from properly holding its moored position, made the vessel not reasonably fit for its intended purpose and thus unseaworthy.

12.

Medley Investment Company and Patheon Tanker Mangement are liable for any negligence of the crew of the SEA PUMA and/or any unseaworthiness of the SEA PUMA.

13.

Repairs to the QRH and structure cost $52,321.07.

14.

Therefore, IMTT suffered damages and losses as a result of the July 1, 2020 incident, which was solely and proximately caused by Medley Investment Company's and Patheon Tanker Mangement negligent failure to properly and safely maintain the SEA PUMA in its mooring, negligent failure to properly crew and/or train the crew of the SEA PUMA, negligent failure to properly maintain and/or equip the SEA PUMA, unseaworthiness, lack of due care, lack of skill, and/or further acts or omissions that will be established and shown at trial.

15.

The aforesaid July 1, 2020 incident did not occur through any act, fault, or negligence on the part of IMTT.

WHEREFORE, plaintiff, International-Matex Tank Terminals, L.L.C., respectfully requests that this *Verified Complaint* be deemed good and sufficient, and that:

i.  Process in due form of the law and according to the Federal Rules of Civil Procedure issue against *in rem* defendant, M/T SEA PUMA, its tackle, furniture, and appurtenances, and that all persons claiming any interest therein be compelled to appear and answer this *Verified Complaint*;

ii. The Court, after due proceedings are had, enter judgment in favor of plaintiff, International-Matex Tank Terminals, L.L.C., and against the M/T SEA PUMA, its tackle, furniture, and appurtenances, *in rem*, in the full amount of plaintiff's damages, together with interests, costs, and attorneys' fees;

iii. Process in due form of the law and according to the Federal Rules of Civil Procedure issue against *in personam* defendants, Medley Investment Company and Pantheon Tanker Mangement, directing them to appear and

answer this *Verified Complaint* within the time delays allowed by law;

iv. The Court, after due proceedings are had, enter judgment in favor of plaintiff, International-Matex Tank Terminals, L.L.C., and against Medley Investment Company and Pantheon Tanker Mangement, *in personam*, in the full amount of plaintiff's damages, together with interests, costs, and attorneys' fees;

v. The Court award plaintiff, International-Matex Tank Terminals, L.L.C., all general and equitable relief as the Court deems just and proper.

Respectfully submitted,

**DUNCAN & SEVIN, L.L.C.**

_____
ELTON F. DUNCAN, III, T.A. (LA 14967)
KELLEY A. SEVIN (LA 25871)
5500 Prytania Street, #537
New Orleans, LA 70115
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
Email: eduncan@duncansevin.com
Email: ksevin@duncansevin.com
*Attorneys for Plaintiff, International-Matex Tank Terminals, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on 30th day of June, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I served the foregoing document and the notice of electronic filing by first-class mail, and/or facsimile, and/or electronic mail to any non-CM/ECF participants.

_____
ELTON F. DUNCAN III